UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 2:13-cr-12

v.                                       HON. JANET T. NEFF

JAMES EDWARD McGILLIS,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On December 13, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 5 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on January 29, 2018, at which time the defendant.

On March 15, 2018, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to a preliminary hearing, his right to a revocation hearing, his right to appear before a district judge, his right to allocution before a district judge, and the right to sentencing before a district judge.  At this time, the defendant admitted to violation #2 as set forth in the petition.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violation # 2  of the petition and that the

attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  March 15, 2018                             /s/ Timothy P. Greeley
                                                                    TIMOTHY P. GREELEY
                                                                    United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).