UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                       Case No. 2:13-cr-12

v.

                                       HON. JANET T. NEFF

JAMES EDWARD MCGILLIS,

     Defendant.

_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on March 15, 2018 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 121) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Violation Two of the Petition and Order.


Dated:  April 2, 2018                          _/s/ Janet T. Neff_____
                                         JANET T. NEFF
                                         United States District Judge